STATE v. CHAPPELL

No. 101P95

Case below: 118 N.C.App. 174

Petition by defendant for writ of supersedeas denied and temporary stay dissvoled 4 May 1995. Notice of appeal by defendant (substantial constitutional question) dismissed 4 May 1995. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 1995.

STATE v. GRAHAM

No. 144P95

Case below: 118 N.C.App. 231

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

STATE v. ROBBINS

No. 136P95

Case below: 118 N.C.App. 175

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 1995.

STATE v. SMITH

No. 134P95

Case below: 118 N.C.App. 175

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 May 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1995.

STATE v. THOMPSON

No. 137P95

Case below: 118 N.C.App. 33

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.